12588

CARROLL & BYERS CO. v. GAFFNEY MANUFACTURING CO.

(146 S. E., 604)

*Messrs. Butler & Hall,* for appellant,

*Messrs. Fort & Jefferies,* for respondent,

February 12, 1929.

The opinion of the Court was delivered by MR. JUSTICE COTHRAN.

This Court is entirely satisfied with the reasoning and conclusions of the Circuit Judge, and the decree is affirmed.

MR. CHIEF JUSTICE WATTS and MESSRS. JUSTICES BLEASE, STABLER and CARTER concur.